UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                                 CASE NO. 09-11342-WSS-13
PAULA WESTRY PRUITT

       DEBTOR

### CONSENT TO TRUSTEE'S MOTION TO DISMISS

The Debtor in the referenced proceeding consent to the following action being taken as a result of the Motion to Dismiss filed by JOHN C. MCALEER III, TRUSTEE, the Chapter 13 Trustee ("Trustee"), which is based upon the failure of the Debtor to make full, regular, and timely Chapter 13 plan payments as required by the Bankruptcy Code and as agreed to by the Debtor:

(X)    The Debtor will begin making the increased payment of $392.00 per month, immediately as stated in the Motion to Dismiss by the Trustee. The Debtor shall continue to make all plan payments as agreed. A PAYMENT MUST ACCOMPANY THIS CONSENT ORDER AND BE SENT TO THE ADDRESS BELOW.

( )    The Trustee shall issue a payroll deduction order to the employer of the Debtor(s) at:

_____

( )    The case shall be converted to one under Chapter 7 at the request of the Debtor within thirty (30) days of the date of this Consent Order or the case will automatically be dismissed.

( )    The case shall be dismissed with a 90 day injunction.

**The Trustee shall notify the Court of any future default and the case shall be dismissed with the requested injunction period without further notice and/or hearing.**

_____
PAULA WESTRY PRUITT

*[signature]*
JAMES E. LORIS, JR

/s/ JOHN C. MCALEER III, TRUSTEE

JOHN C. MCALEER, III
CHAPTER 13 TRUSTEE
P.O. BOX 1779
MEMPHIS TN 38101-1779

---

ORDER

( )    GRANTED

(X)    CONDITIONALLY DENIED PER ABOVE

DATED: 04/30/10

/s/ William S. Shulman
U.S. BANKRUPTCY JUDGE

Case 09-11342    Doc 32    Filed 03/02/10    Entered 03/02/10 16:52:24    Desc    Page 2
Case 09-11342    Doc 43    Filed 04/30/10 of 2 Entered 04/30/10 12:08:30    Desc Main
Document    Page 1 of 1